[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1223.]

RULLI, APPELLEE, *v*. RULLI ET AL., APPELLANTS.

[Cite as *Rulli v. Rulli*, 1998-Ohio-651.]

*Appeal dismissed as improvidently allowed.*

(No. 97-565—Submitted December 2, 1997—Decided February 11, 1998.)

APPEAL from the Court of Appeals for Mahoning County, No. 94 C.A. 134.

ON MOTION TO DISMISS.

———————————

*Manchester, Bennett, Powers & Ullman, L.P.A.,* and *John F. Zimmerman, Jr.*, for appellee.

*Henderson, Covington, Messenger, Newman & Thomas Co., L.P.A., James L. Messenger* and *Jerry M. Bryan*, for appellants.

———————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY and COOK, JJ., concur.

DOUGLAS, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

———————————